**Robert L. MOSLEY, Petitioner,**

v.

**EASTERN ASSOCIATED COAL CORPORATION, LLC; Director, Office of Workers' Compensation Programs, Respondents.**

No. 06–1609.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 5, 2007.

Decided: April 6, 2007.

Leonard Stayton, Inez, Kentucky, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig, LLP, Washington, D.C., for Respondent Eastern Associated Coal Corporation, LLC.

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Mosley seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Mosley v. Eastern Assoc. Coal Corp., LLC,* No. 05–0720–BLA (BRB Apr. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*